# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140936

ROBIN L. WAGNER,
      Plaintiff-Appellant,

v

EDWIN MISENER and DENISE MISENER,
      Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140936
COA: 289144
Clinton CC: 07-010250-NO

On order of the Court, the application for leave to appeal the March 4, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

s0719